UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Fuchs Lubricants Co.
v.
Nancy Hudack

07CV6140
JUDGE LEINENWEBER
MAG. JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fuchs Lubricants Co.                                        JH

**SIGNATURE**
James Siebel / (s)

**FIRM**
Seyfarth Shaw LLP

**STREET ADDRESS**
131 S. Dearborn

**CITY/STATE/ZIP**
Chicago   IL   60603

**ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**
6290791

**TELEPHONE NUMBER**
460-5020

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

FILED
OCT 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT