**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY HUDAK, an individual,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 07 CV 6140<br>)<br>)  Judge Harry D. Leinenweber<br>)<br>)  Magistrate Judge Sidney I. Schenkier<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:    Nancy Hudak
          1012 West Lake Avenue
          Guilford, Connecticut 06437

      PLEASE TAKE NOTICE that on November 6, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Fuchs Lubricants Co., by and through its attorneys, Seyfarth Shaw LLP, shall appear before the Honorable Harry D. Leinenweber, in Courtroom 1941 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in his place and stead, and shall present the attached **Plaintiff's Motion for Limited, Expedited Discovery and To Preserve Evidence**, a copy of which is served upon you.

                       Respectfully submitted,

                       FUCHS LUBRICANTS CO.


                       By s/ Daniel F. Lanciloti
                         One of Its Attorneys


Daniel F. Lanciloti
Janet V. Siegel
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11342261.1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing

**Plaintiff's Motion for Limited, Expedited Discovery and To Preserve Evidence** was served

upon Defendant Nancy Hudak by the manner designated on this 30th day of October, 2007:

> ***Via Federal Express Overnight Delivery***
> Nancy Hudak
> 1012 West Lake Avenue
> Guilford, Connecticut 06437

> s/ Daniel F. Lanciloti
> Daniel F. Lanciloti