IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FUCHS LUBRICANTS CO., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6140 |
| v. | ) ) ) | Judge Leinenweber |
| NANCY HUDAK, an individual, | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Nancy Hudak ("Hudak"), respectfully moves this Court to dismiss the Verified Complaint of Fuchs Lubricants Co. ("Fuchs"). As described in more detail in the attached Defendant's Memorandum of Law in Support of Her Motion to Dismiss for Lack of Personal Jurisdiction, Fuchs cannot establish that Hudak has sufficient contacts with Illinois such that this Court may assert personal jurisdiction over Hudak. Rule 12(b)(2) requires the dismissal of a complaint for "lack of jurisdiction over the person."

WHEREFORE, for the reasons stated in the attached Memorandum of Law, Hudak respectfully requests that this Court dismiss with prejudice Fuchs's Verified Complaint for lack of personal jurisdiction.

Dated: November 5, 2007

Respectfully submitted,

NANCY HUDAK

By: /s/ David B. Ritter
One of Her Attorneys

David B. Ritter
Chad W. Moeller
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 2200
Chicago, Illinois 60602
(312) 269-8000

NGEDOCS: 1477576.1