IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FUCHS LUBRICANTS CO., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6140 |
| v. | ) ) | Judge Leinenweber |
| NANCY HUDAK, an individual , | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

### NOTICE OF MOTION

To:    Daniel F. Lanciloti
       Janet V. Siegel
       Seyfarth Shaw LLP
       131 South Dearborn Street, Suite 2400
       Chicago, Illinois  60603

PLEASE TAKE NOTICE that on November 6, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before The Honorable Judge Leinenweber, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn St., Chicago, Illinois, and then and there present Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction, a true and correct copy of which is served upon you.

NANCY HUDAK

By: /s/  David B. Ritter
        One of Her Attorneys

Dated:  November 5, 2007

David B. Ritter
Chad W. Moeller
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 2200
Chicago, Illinois 60602
(312) 269-8000

- 2 -

## CERTIFICATE OF SERVICE

I, David B. Ritter, an attorney, hereby certify that I caused to be served a copy of Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction via ECF electronic delivery and messenger on November 5, 2007 to the following:

> Daniel F. Lanciloti
> Janet V. Siegel
> Seyfarth Shaw LLP
> 131 South Dearborn Street, Suite 2400
> Chicago, Illinois 60603

/s/    David B. Ritter_____
            David B. Ritter

NGEDOCS: 1477567.1