# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6140 | **DATE** | 11/6/2007 |
| **CASE TITLE** | Fuchs Lubricants Co. Vs. Nancy Hudak | | |

**DOCKET ENTRY TEXT**

Under the conditions set forth in open court, plaintiff's emergency motion for temporary restraining order is granted. Plaintiff's Motion for Limited, Expedited Discovery and to Preserve Evidence is granted in part. Parties granted leave to take telephonic deposition of defendant Nancy Hudak by 11/13/2007. Defendant to produce by 11/13/2007. Plaintiff's response to defendant's motion to dismiss by 11/20/2007. Defendant's reply brief to be filed by 11/28/2007. The Court will rule orally on 12/11/2007 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15



Courtroom Deputy Initials: WAP