IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>NANCY HUDAK, an individual,<br><br>        Defendant. | )<br>)<br>)  Case No. 07 C 6140<br>)<br>)  District Judge Harry D. Leinenweber<br>)  Magistrate Judge Sidney I. Schenkier<br>)<br>)  [PROPOSED] TEMPORARY<br>)  RESTRAINING ORDER<br>) |

## ORDER

1.  This cause coming to be heard on Plaintiff's, Fuchs Lubricants Co.'s ("FLC's"), Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief, and Motion for Limited Expedited Discovery and to Preserve Evidence, and on Defendant Nancy Hudak's ("Hudak's") Motion to Dismiss for Lack of Personal Jurisdiction, this Court having reviewed and considered FLC's Verified Complaint for Injunctive and Other Relief, Memorandum in Support of the Motion filed herewith, and having heard the arguments of counsel:

IT IS HEREBY ORDERED AS FOLLOWS:

    (I)    That Hudak, her officers, agents, servants, employees, attorneys and all parties in active concert or participation with her, who receive actual notice of this order by personal service or otherwise, are enjoined from using or disclosing any confidential or proprietary information that Hudak obtained from FLC, including but not limited to any confidential or proprietary information regarding FLC's product known as Ecocool S-761;

(II) That, on or before November 13, 2007, Hudak her officers, agents, servants, employees, attorneys and all parties in active concert or participation with her, who receive actual notice of this order by personal service or otherwise, shall produce to FLC's counsel for examination any computer equipment, including, but not limited to, discs and hard drives, external hard drives, thumb drives, tape drives, or other electronic storage media that is in their possession, custody or control that currently contains or at any time in the past contained any of FLC's confidential or proprietary information, including, but not limited to, any confidential or proprietary information regarding FLC's product known as Ecocool S-761;

(III) That Hudak shall make herself available for a telephonic deposition regarding the issues raised in her Rule 12(b)(2) Motion to Dismiss by November 13, 2007;

(IV) That FLC shall file its response in opposition to Hudak's Rule 12(b)(2) Motion to Dismiss by November 20, 2007;

(V) That Hudak shall file her reply by November 28, 2007;

(VI) That the Court shall rule on Hudak's Rule 12(b)(2) Motion on or before December 11, 2007.

(VII) That Plaintiff's Motion for Expedited Discovery is entered and continued to December 11, 2007 at 9 a.m.

(VIII) That Plaintiff's Motion for a Preliminary Injunction is entered and continued pending this Court's ruling on Hudak's Rule 12(b)(2) Motion to Dismiss.

(IX) ~~This Order shall remain in full force and effect until _____, 200__ unless extended by the Court or by agreement of the parties, except that~~ either party may move to modify the Order with proper notice.

IT IS SO ORDERED:

DATED this 6th day of November, 2007.

UNITED STATES DISTRICT JUDGE
**HARRY D. LEINENWEBER**