AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

FUCHS LUBRICANTS CO., a Delaware corporation,

V.

NANCY HUDAK, an individual

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07CV6140**
ASSIGNED JUDGE: **JUDGE LEINENWEBER**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE SCHENKIER**

TO: (Name and address of Defendant)
Nancy Hudak
1012 West Lake Avenue
Guilford, CT  06437

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Daniel F. Lanciloti/Janet V. Siegel
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

Tel: (312) 460-5000

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 3 0 2007
OCT. 30, 2007
DATE

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/6/07 |

| NAME OF SERVER (PRINT) Gerard C. Menichini | TITLE Process Server |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 175 Ogden Road, Mantua, NJ 08051

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-6-07
Date

Signature of Server

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103
Address of Server

**FILED**
NOV 13 2007
Nov. 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com