**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FUCHS LUBRICANTS CO., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 CV 6140 |
| v. | ) ) | Judge Harry D. Leinenweber |
| NANCY HUDAK, an individual, | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. | ) ) | |

**<u>NOTICE OF MOTION</u>**

TO:    David Ritter
        Neal Gerber & Eisenberg LLP
        2 North LaSalle Street
        Chicago, Illinois 60602-3801

      PLEASE TAKE NOTICE that on Tuesday, November 27, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Fuchs Lubricants Co., by and through its attorneys, Seyfarth Shaw LLP, shall appear before the Honorable Harry D. Leinenweber, in Courtroom 1941 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in his place and stead, and shall present the attached **Plaintiff's Motion for Enlargement of Time to Complete Jurisdictional Discovery and Respond to Defendant's Jurisdictional Motion**, a copy of which is served upon you.

                    Respectfully submitted,

                    FUCHS LUBRICANTS CO.

                    By <u>s/ Daniel F. Lanciloti</u>
                       One of Its Attorneys

Daniel F. Lanciloti
Janet V. Siegel
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing

**Plaintiff's Motion for Enlargement of Time to Complete Jurisdictional Discovery and**

**Respond to Defendant's Jurisdictional Motion** was served upon the following on this 20th day

of November, 2007 via the Court's electronic filing system:

> David B. Ritter
> Neal Gerber & Eisenberg LLP
> Attorneys for Defendant
> 2 North LaSalle Street
> Chicago, Illinois 60602-3801
> dritter@ngelaw.com

> s/ Daniel F. Lanciloti
> Daniel F. Lanciloti