**AMENDED CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing **Plaintiff's Motion for Enlargement of Time to Complete Jurisdictional Discovery and Respond to Defendant's Jurisdictional Motion** was served upon the following on this 20th day of November, 2007 via electronic mail and first class U.S. mail to:

> David B. Ritter
> Neal Gerber & Eisenberg LLP
> Attorneys for Defendant
> 2 North LaSalle Street
> Chicago, Illinois 60602-3801
> dritter@ngelaw.com

>> s/ Janet V. Siegel
>> Janet V. Siegel

CH1 11359096.1