# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Fuchs Lubricants Co.

                    Plaintiff,

v.                                          Case No.: 1:07–cv–06140
                                            Honorable Harry D. Leinenweber

Nancy Hudak

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2007:

        MINUTE entry before Judge Harry D. Leinenweber : Defendant Hudak's Motion to Dismiss and Plaintiff's Motion for enlargement of Time now noticed for 11/27/20078 are reset by the Court for 11/29/2007 at 09:30 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.