UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Fuchs Lubricants Co.
                    Plaintiff,

v.                                  Case No.: 1:07−cv−06140
                                       Honorable Harry D. Leinenweber

Nancy Hudak
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 29, 2007:

      MINUTE entry before Judge Harry D. Leinenweber :Plaintiff's Motion for enlargement of time to complete jurisdictional discovery and respond to defendant's jurisdictional motion [15] is granted. Plaintiff granted leave to depose defendant Nancy Hudak. Plaintiff given to 12/11/2007 in which to file its response in opposition to Hudak's motion to dismiss for lack of personal jurisdiction. Defendant given to 12/19/2007 in which to file her reply brief.Status hearing set for 1/22/2008 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.