UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Fuchs Lubricants Co.
      Plaintiff,

v.            Case No.: 1:07−cv−06140
            Honorable Harry D. Leinenweber

Nancy Hudak
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

  MINUTE entry before Judge Harry D. Leinenweber : The Court's Minute Entry Dated 11/29/2007 (#19) is corrected to read as follows: Plaintiff's Motion for enlargement of time to complete jurisdictional discovery and respond to defendants jurisdictional motions is granted. Under the conditions set forth in open court, the court grants plaintiff leave to depose defendant Nancy Hudak. Ruling date stricken. Status hearing set for 1/22/2008 at 9:00 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.