IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware Corporation,<br><br>      Plaintiff,<br>v.<br><br>NANCY HUDAK, an individual,<br><br>      Defendant. | Case No.:  07 CV 6140<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |

**PLAINTIFF'S ADVANCE NOTICE TO DEFENDANT, PURSUANT
TO FED. R. CIV. P. 45(b)(1), OF SUBPOENA IN A CIVIL CASE**

TO:    David B. Ritter, Esq.
          Chad W. Moeller, Esq.
          NEAL GERBER EISENBERG LLP
          (Attorneys for Defendant Nancy Hudak)
          Two North LaSalle Street, Suite 2200
          Chicago, Illinois 60602

      **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 45, Plaintiff, by its attorneys of record, will serve a **Subpoena for Records and Deposition** upon **HANGSTERFER'S LABORATORIES, INC.**, notice and copies of which have been first served upon you pursuant to Federal Rule of Civil Procedure 45(b)(1).  Pursuant to Local Rule 26.3, a copy of the Subpoena is not attached hereto and has not been filed with the Court.

DATED: January 4, 2008                        Respectfully submitted,

                                                         FUCHS LUBRICANTS COMPANY


                                                         By:/s/Charles S. Riecke
                                                                 One of Its Attorneys

Daniel F. Lanciloti, Esq.
Charles S. Riecke, Esq.
SEYFARTH SHAW LLP
Attorneys for Plaintiff
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

CH1 11385479.1

## CERTIFICATE OF SERVICE

I, Charles S. Riecke, an attorney, hereby certify that I caused a true and correct copy of:

(A) the foregoing **PLAINTIFF'S ADVANCE NOTICE TO DEFENDANT, PURSUANT TO FED. R. CIV. P. 45(b)(1), OF SUBPOENAS IN A CIVIL CASE**, and (B) the foregoing-referenced **SUBPOENA TO HANGSTERFER'S LABORATORIES, INC. FOR RECORDS AND DEPOSITION**, to be served upon:

> David B. Ritter, Esq.
> Chad W. Moeller, Esq.
> NEAL GERBER EISENBERG LLP
> (Attorneys for Defendant Nancy Hudak)
> Two North LaSalle Street
> Suite 2200
> Chicago, Illinois 60602
> Fax Number: (312) 269-1747

via facsimile transmission on this 4th day of January 2008.

　　　　　　　　　　　　　　　　　　/s/Charles S. Riecke
　　　　　　　　　　　　　　　　　　　　Charles S. Riecke

CH3 1125521.1
CH1 11385479.1