✱✱ **TRANSMISSION REPORT** ✱✱

SID : SEYFARTH SHAW          Number : 3124607000          Date : 01-04-08 14:37

| Date/Time | 1-04  14:35 |
| --- | --- |
| Dialled number | 92691747 |
| Subscriber | 312 269 1747 |
| Durat. | 1'55" |
| Mode | NORMAL |
| Pages | 6 |
| Status | Correct |

# SEYFARTH SHAW LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
Fax (312) 460-7000
www.seyfarth.com

## Facsimile Transmission

Date: January 4, 2008

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
| --- | --- | --- | --- |
| David B. Ritter | NEAL GERBER EISENBERG LLP | | 312-269-1747 |
| Chad W. Moeller | NEAL GERBER EISENBERG LLP | | 312-269-1747 |

FROM: Charles S. Riecke
PHONE: (312) 460-5897
RE: Fuchs Lubricants Co. v. Hudak          REPLY FAX NO.: (312) 460-7897

| File No: | 33808-1 | Number of Pages, Including Cover: | 6 |
| --- | --- | --- | --- |

☐ Hard copy to follow        ☐ Hard copy will not follow
☐ Per your request            ☐ Please review and revise if necessary
☐ Please telephone me

MESSAGE:

Please see attached Subpoena to Hangsterfer's Laboratories, Inc.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (312) 460-5897 AS SOON AS POSSIBLE.

CH3 1125797.1