IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware Corporation,<br><br>      Plaintiff,<br>v.<br><br>NANCY HUDAK, an individual,<br><br>      Defendant. | Case No.: 07 CV 6140<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |

PLAINTIFF'S NOTICE TO
HANGSTERFER'S LABORATORIES, INC.
OF TEMPORARY RESTRAINING ORDER

TO:    HANGSTERFER'S LABORATORIES, INC.
          c/o Betsy G. Ramos, Esq.
          Capehart & Scatchard, P.A.
          Laurel Corporate Center
          8000 Midlantic Drive, Suite 300 S
          Mount Laurel, New Jersey 08054

      **PLEASE TAKE NOTICE** that on November 6, 2007, the Court entered a **Temporary Restraining Order** in this Case, a copy of which is attached hereto and herewith served upon you.

DATED: January 10, 2008          Respectfully submitted,

                                             FUCHS LUBRICANTS COMPANY

                                             By:/s/Charles S. Riecke
                                                One of Its Attorneys

Daniel F. Lanciloti, Esq.
Charles S. Riecke, Esq.
SEYFARTH SHAW LLP
Attorneys for Plaintiff
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

CH1 11389927.1

# CERTIFICATE OF SERVICE

I, Charles S. Riecke, an attorney, hereby certify that I caused a true and correct copy of:

(A) the foregoing **PLAINTIFF'S NOTICE TO HANGSTERFER'S LABORATORIES, INC. OF TEMPORARY RESTRAINING ORDER**, and (B) the foregoing-referenced **TEMPORARY RESTRAINING ORDER**, to be served upon:

>	HANGSTERFER'S LABORATORIES, INC.
>	c/o Betsy G. Ramos, Esq.
>	Capehart & Scatchard, P.A.
>	Laurel Corporate Center
>	8000 Midlantic Drive, Suite 300 S
>	Mount Laurel, New Jersey 08054
>	Fax: (856) 235-2786
>
>	*Counsel to Hangsterfer's Laboratories, Inc.*

via facsimile transmission on this 10th day of January 2008.

/s/Charles S. Riecke
Charles S. Riecke

## ⨉⨉⨉ TRANSMISSION REPORT ⨉⨉⨉

SID : SEYFARTH SHAW          Number : 3124607000          Date : 01-10-08 16:03

| Date/Time | 1-10  16:00 |
|---|---|
| Dialled number | 918562352786 |
| Subscriber | 8562353102 |
| Durat. | 3'10" |
| Mode | NORMAL |
| Pages | 6 |
| Status | Correct |

# SEYFARTH SHAW LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
Fax (312) 460-7000
www.seyfarth.com

### Facsimile Transmission

Date: January 10, 2008

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| Betsy G. Ramos, Esq. | Capehart & Scatchard, P.A. | | (856) 235-2786 |

FROM: Charles S. Riecke
PHONE:
RE: Fuchs Lubricants Co. v. Nancy Hudak     REPLY FAX NO.: (312) 460-7000

File No:     Number of Pages, Including Cover:

☒ Hard copy to follow      ☐ Hard copy will not follow
☐ Per your request          ☐ Please review and revise if necessary
☐ Please telephone me

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (312) 460-5897 AS SOON AS POSSIBLE.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware corporation,<br><br>      Plaintiff,<br>v.<br><br>NANCY HUDAK, an individual,<br><br>      Defendant. | Case No. 07 C 6140<br><br>District Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER |

## ORDER

1. This cause coming to be heard on Plaintiff's, Fuchs Lubricants Co.'s ("FLC's"), Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief, and Motion for Limited Expedited Discovery and to Preserve Evidence, and on Defendant Nancy Hudak's ("Hudak's") Motion to Dismiss for Lack of Personal Jurisdiction, this Court having reviewed and considered FLC's Verified Complaint for Injunctive and Other Relief, Memorandum in Support of the Motion filed herewith, and having heard the arguments of counsel:

IT IS HEREBY ORDERED AS FOLLOWS:

    (I)    That Hudak, her officers, agents, servants, employees, attorneys and all parties in active concert or participation with her, who receive actual notice of this order by personal service or otherwise, are enjoined from using or disclosing any confidential or proprietary information that Hudak obtained from FLC, including but not limited to any confidential or proprietary information regarding FLC's product known as Ecocool S-761;

(II) That, on or before November 13, 2007, Hudak her officers, agents, servants, employees, attorneys and all parties in active concert or participation with her, who receive actual notice of this order by personal service or otherwise, shall produce to FLC's counsel for examination any computer equipment, including, but not limited to, discs and hard drives, external hard drives, thumb drives, tape drives, or other electronic storage media that is in their possession, custody or control that currently contains or at any time in the past contained any of FLC's confidential or proprietary information, including, but not limited to, any confidential or proprietary information regarding FLC's product known as Ecocool S-761;

(III) That Hudak shall make herself available for a telephonic deposition regarding the issues raised in her Rule 12(b)(2) Motion to Dismiss by November 13, 2007;

(IV) That FLC shall file its response in opposition to Hudak's Rule 12(b)(2) Motion to Dismiss by November 20, 2007;

(V) That Hudak shall file her reply by November 28, 2007;

(VI) That the Court shall rule on Hudak's Rule 12(b)(2) Motion on or before December 11, 2007.

(VII) That Plaintiff's Motion for Expedited Discovery is entered and continued to December 11, 2007 at 9 a.m.

(VIII) That Plaintiff's Motion for a Preliminary Injunction is entered and continued pending this Court's ruling on Hudak's Rule 12(b)(2) Motion to Dismiss.

(IX)  This Order shall remain in full force and effect until _____, 200_ unless extended by the Court or by agreement of the parties, except that either party may move to modify the Order with proper notice.

IT IS SO ORDERED:

DATED this 6th day of November 2007.

_____
UNITED STATES DISTRICT JUDGE
HARRY D. LEINENWEBER