IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>NANCY HUDAK, an individual,<br><br>　　　　　Defendant. | Case No.: 07 CV 6140<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |

**PLAINTIFF'S NOTICE PURSUANT TO FED. R. CIV. P. 30(g)
AND 37(d) REGARDING SUBPOENA IN A CIVIL CASE**

TO:   PARTIES ON ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE THAT,** for purposes of Fed. R. Civ. P. 30(g) and 37(d), the production of documents and deposition pursuant to Fuchs Lubricants Co.'s previously-served and -noticed **Subpoena for Records and Deposition of Hangsterfer's Laboratories, Inc.** (the "Subpoena") will not go forward as originally scheduled and as indicated below, and have not yet been rescheduled by the parties:

| SUBPOENA RECIPIENT | FORMERLY SCHEDULED DATE AND TIME OF PRODUCTION | FORMERLY SCHEDULED DATE AND TIME OF DEPOSITION |
|---|---|---|
| Hangsterfer's Laboratories, Inc. | ~~Jan. 24, 2008, at 10:00 a.m.~~ | ~~Jan. 25, 2008, at 10:00 a.m.~~ |

**PLEASE TAKE FURTHER NOTICE** that copies of this Notice were served on January 23, 2008, upon each of the parties subject to this action and to the Subpoena, as indicated on the attached Certificate of Service and Service List.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 26.3, a copy of the Subpoena is not attached hereto and has not been filed with the Court.

CH1 11399178.1

| | |
|---|---|
| DATED:  January 23, 2008 | Respectfully submitted,<br><br>FUCHS LUBRICANTS COMPANY<br><br>By: /s/Charles S. Riecke<br>        One of Its Attorneys |

Daniel F. Lanciloti, Esq.
Charles S. Riecke, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Attorneys for Plaintiff*

CH1 11399178.1

## CERTIFICATE OF SERVICE

I, Charles S. Riecke, an attorney, hereby certify that I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE PURSUANT TO FED. R. CIV. P. 30(g) AND 37(d) REGARDING SUBPOENA IN A CIVIL CASE** to be served upon:

> David B. Ritter, Esq.
> Chad W. Moeller, Esq.
> NEAL GERBER EISENBERG LLP
> (Attorneys for Defendant Nancy Hudak)
> Two North LaSalle Street
> Suite 2200
> Chicago, Illinois 60602
> Fax Number: (312) 269-1747

> Betsy G. Ramos, Esq.
> CAPEHART & SCATCHARD, P.A.
> (Attorney for Hangsterfer's Laboratories, Inc.)
> 8000 Midlantic Drive
> Suite 300 S
> Mount Laurel, New Jersey 08054
> Fax Number: (856) 235-2786

via facsimile transmission on this 23rd day of January 2008.

> /s/Charles S. Riecke
> Charles S. Riecke

CH1 11399178.1

## ✳✳ TRANSMISSION REPORT ✳✳

SID : SEYFARTH SHAW          Number : 3124607000          Date : 01-23-08 16:14

| Date/Time | 1-23  16:13 |
|---|---|
| Dialled number | 92691747 |
| Subscriber | 312 269 1747 |
| Durat. | 0'59" |
| Mode | NORMAL |
| Pages | 4 |
| Status | Correct |

---

# SEYFARTH SHAW LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
Fax (312) 460-7000
www.seyfarth.com

## Facsimile Transmission

Date: January 23, 2008

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| David B. Ritter, Esq. Chad W. Moeller, Esq. | | | (312) 269-1747 |
| Betsy G. Ramos, Esq. | | | (856) 235-2786 |

FROM: Charles S. Riecke
PHONE: (312) 460-5897
RE: *Fuchs Lubricants v. Hudak*, Case No. 07-6140          REPLY FAX NO.: (312) 460-7897

File No:          Number of Pages, Including Cover: 4

☐ Hard copy to follow          ☐ Hard copy will not follow
☐ Per your request          ☐ Please review and revise if necessary
☐ Please telephone me

MESSAGE:

Attached is a copy of Plaintiff's Notice Pursuant to Fed. R. Civ. P. 30(g) and 37(d) Regarding Subpoena in a Civil Case.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (312) 460-5897 AS SOON AS POSSIBLE.

## ✻✻ TRANSMISSION REPORT ✻✻

SID : SEYFARTH SHAW          Number : 3124607000          Date : 01-23-08 16:22

| Date/Time | 1-23  16:19 |
|---|---|
| Dialled number | 918562352786 |
| Subscriber | 8562352786 |
| Durat. | 2'12" |
| Mode | NORMAL |
| Pages | 4 |
| Status | Correct |

---

# SEYFARTH SHAW LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
Fax (312) 460-7000
www.seyfarth.com

### Facsimile Transmission

Date: January 23, 2008

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| David B. Ritter, Esq. Chad W. Moeller, Esq. | | | (312) 269-1747 |
| Betsy G. Ramos, Esq. | | | (856) 235-2786 |

FROM: Charles S. Riecke
PHONE: (312) 460-5897
RE: *Fuchs Lubricants v. Hudak*, Case No. 07-6140     REPLY FAX NO.: (312) 460-7897

File No:     Number of Pages, Including Cover:   4

☐ Hard copy to follow                ☐ Hard copy will not follow
☐ Per your request                   ☐ Please review and revise if necessary
☐ Please telephone me

MESSAGE:

Attached is a copy of Plaintiff's Notice Pursuant to Fed. R. Civ. P. 30(g) and 37(d) Regarding Subpoena in a Civil Case.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL, AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYER OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (312) 460-5897 AS SOON AS POSSIBLE.