THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> NANCY HUDAK, an individual <br><br> Defendant. | Case No. 07 C 6140 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Sidney I. Schenkier |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF FUCHS LUBRICANT CO.**

In order to enable Judges to evaluate possible disqualification or recusal, the undersigned representative for Fuchs Lubricant Co. ("Defendant"), in the above-captioned action, certifies, upon information and belief, that the following entities directly or indirectly own 10% or more of any class of Defendant's equity interest:

    A.    Fuchs Lubricant Co. is wholly owned by Fuchs Corporation; and
    B.    Fuchs Corporation is wholly owned by Fuchs Petrolub A.G.

Dated: January 23, 2008

Respectfully submitted,

FUCHS LUBRICANT CO.

By: /s/ Daniel F. Lanciloti, Esq.
    Counsel for Fuchs Lubricant Co.

Daniel F. Lanciloti, Esq.
Charles S. Riecke, Esq.
SEYFARTH SHAW LLP
Attorneys for Plaintiff
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

## CERTIFICATE OF SERVICE

I, Charles S. Riecke, an attorney, hereby certify that I caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FUCHS LUBRICANT CO.** to be served upon:

>David B. Ritter, Esq.
>Chad W. Moeller, Esq.
>NEAL GERBER EISENBERG LLP
>(Attorneys for Defendant Nancy Hudak)
>Two North LaSalle Street
>Suite 2200
>Chicago, Illinois 60602
>Fax Number: (312) 269-1747

via facsimile transmission on this 23rd day of January 2008.

>/s/Charles S. Riecke
>Charles S. Riecke

## ✳✳ TRANSMISSION REPORT ✳✳

SID : SEYFARTH SHAW          Number : 3124607000          Date : 01-23-08 17:24

| Date/Time | 1-23  17:23 |
|---|---|
| Dialled number | 92691747 |
| Subscriber | 312 269 1747 |
| Durat. | 0'46" |
| Mode | NORMAL |
| Pages | 3 |
| Status | Correct |

---

# SEYFARTH SHAW LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
Fax (312) 460-7000
www.seyfarth.com

## Facsimile Transmission

Date: January 23, 2008

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| David B. Ritter, Esq. | | | (312) 269-1747 |
| Chad W. Moeller, Esq. | | | (312) 269-1747 |

FROM: Charles S. Riecke
PHONE: (312) 460-5897
RE:                                                                REPLY FAX NO.: (312) 460-7897

File No:                    Number of Pages, Including Cover:    3

☐ Hard copy to follow          ☐ Hard copy will not follow
☐ Per your request             ☐ Please review and revise if necessary
☐ Please telephone me

MESSAGE:

Attached is a copy of Corporate Disclosure Statement of Plaintiff Fuchs Lubricant Co.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (312) 460-5897 AS SOON AS POSSIBLE.