**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **FUCHS LUBRICANTS CO.**, a Delaware Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07 C 6140 |
| **NANCY HUDAK,** an individual, ) ) | |
| Defendant. ) | |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT ORDER**

The Plaintiff, Fuchs Lubricants Co., by and though its undersigned counsel, and with the agreement of Defendants' counsel, hereby moves for the entry of the Consent Judgment Order attached hereto as "Exhibit A." In support of this Motion, Plaintiff states as follows:

1. The Parties have reached a duly-negotiated settlement of all claims in this lawsuit.

2. The Parties' settlement agreement provides, *inter alia*, that the Defendant will consent to the jurisdiction of this Court, and agree to the entry of the Consent Judgment Order attached hereto as "Exhibit A."

3. The Parties' settlement agreement further provides, *inter alia*, that this lawsuit will remain active until July 15, 2008, at which point (but not before), the parties shall petition the Court for the entry of an Agreed Dismissal Order.

WHEREFORE, for the reasons set forth above, the Plaintiff respectfully requests that this Court enter the Consent Judgment Order attached hereto, and schedule a status hearing for a date after July 15, 2008.

Dated: May 13, 2008  Respectfully submitted,

                                       **FUCHS LUBRICANTS CO.**

                              By: /s/ Daniel F. Lanciloti  .
                                   One of Its Attorneys

                                   Daniel F. Lanciloti
                                   Seyfarth Shaw, LLP
                                   131 S. Dearborn Street, Suite 2400
                                   Chicago, Illinois 60603