# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FUCHS LUBRICANTS CO., a Delaware Corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 CV 6140 |
| v. ) ) | Judge Harry D. Leinenweber |
| NANCY HUDAK, an individual, ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. ) ) ) ) | |

## NOTICE OF MOTION

TO:  David Ritter
 Neal Gerber & Eisenberg LLP
 2 North LaSalle Street
 Chicago, Illinois 60602-3801

PLEASE TAKE NOTICE that on May 20, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Fuchs Lubricants Co., by and through its attorneys, Seyfarth Shaw LLP, shall appear before the Honorable Harry D. Leinenweber, in Courtroom 1941 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in his place and stead, and shall present the attached **Agreed Motion for Entry of Consent Judgment Order**, a copy of which is served upon you.

 Respectfully submitted,

 FUCHS LUBRICANTS CO.


 By s/ Daniel F. Lanciloti
  One of Its Attorneys


Daniel F. Lanciloti
Janet V. Siegel
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH2 20216095.1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **Notice of Motion and Agreed Motion for Entry of Consent Judgment Order** was served upon the following by the manner designated on this 13th day of May, 2008:

> *Via Facsimile and U.S. Mail*
> David Ritter
> Neal Gerber & Eisenberg LLP
> Attorneys for Defendant
> 2 North LaSalle Street
> Chicago, Illinois 60602-3801

>                 s/ Daniel F. Lanciloti
>                 Daniel F. Lanciloti