Order Form (01/2005)

*MHW*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6140 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Fuchs Lubricants Co. Vs. Nancy Hudak | | |

**DOCKET ENTRY TEXT**

The Agreed Motion for Entry of Consent Judgment Order is granted. Status hearing reset for 7/16/2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|