Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6140 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Fuchs Lubricants Co. Vs. Nancy Hudak | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter Agreed Dismissal Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP

2008 JUL 23 AM 8:20

FILED

CLERK, U.S. DISTRICT COURT