IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FUCHS LUBRICANTS CO., a Delaware Corporation, )
)
Plaintiff, )
)   07 c 6140
v. )   Case No. 07 C 6140
)
NANCY HUDAK, an individual, )
)
Defendant. )

### AGREED DISMISSAL ORDER

This matter coming to be heard upon the Plaintiff's Motion for Entry of Agreed Dismissal Order, the Parties having resolved their dispute pursuant to the terms of a duly-negotiated settlement agreement, due notice having been given and the Court being fully advised, it is hereby ORDERED:

1. The Plaintiff's Complaint is voluntarily dismissed; and

2. This Court shall retain jurisdiction over the Parties and this controversy for the purpose of: (a) enforcing and interpreting the terms of the Parties' Mutual Release and Settlement Agreement, and (b) enforcing the Consent Judgment Order entered by the Court on 5/20/08.

ENTERED: 7/16/08

_____
UNITED STATES DISTRICT JUDGE